BARBARA BANKS, Petitioner

v.

AMERICAN SAMOA GOVERNMENT, Respondents

High Court of American Samoa
Appellate Division

AP. No. 030-85

December 5, 1985

Before MURPHY, Acting Chief Justice, ALA'ILIMA*, Acting Associate
Justice, TAUANU'U Chief Associate Judge, and VAIVAO, Associate
Judge.

Counsel:   For the Appellant, William Reardon
           For the Appellee, Donald Greismann, Assistant Attorney
           General

     This matter comes before the Court on a Motion by the
Respondents for summary judgment.   Present were the Petitioner
with her counsel Mr. Reardon, esq. and representing the
respondents was Mr. Greisman, Assistant Attorney General.

     The posture of this case is that Mrs. Banks is appealing to
this court for review of the Personnel Advisory Board's decision
ordering the hiring of Mr. Penei Sewell instead of her.
Admittedly the Personnel Advisory Board's decision had a direct
and substantial impact on Mrs. Banks' aspirations for the
position in question and she may have some cause for complaint.
However, the procedural route taken by Mrs. Banks in this

instance is not available.

The Personnel Advisory Board in this instance was reviewing two conflicting selection processes held for one government position. The Personnel Advisory Board's decision that the original procedure for selection was proper and ordering the hiring of Mr. Sewell is an executive decision which is not reviewable under the Administrative Procedure Act. Mrs. Banks was not a party before the Personnel Advisory Board and her mere aspiration for the position is not a vested interest subject to protection under the Administrative Procedures Act. She has no standing. Even if we were to find some vested interest there is adequate review provided at the trial level and pursuant to A.S.C.A. sec. 4.1040(b) the appellate court would decline this review.

The Personnel Advisory Board's decision resolved an internal dispute within the executive branch about a selection procedure. If that resolution violates Mrs. Banks' civil rights or other common law or statutory right she should proceed with an action in the Trial Division against the American Samoa Government or in the alternative the Equal Opportunity Employment Commission.

Motion for summary judgment is granted.

---------------------------

*Honorable Charles Ala'ilima, Judge, District Court of American Samoa, sitting pro tem by designation of the Secretary of the Interior.